Same case below, 365 Fed. Appx. 30.

Same case below, 594 F.3d 210.

**No. 09-11207. Matthew Mason Dodge, Petitioner v. United States.**

562 U.S. 961, 131 S. Ct. 457, 178 L. Ed. 2d 287, 2010 U.S. LEXIS 8031.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 597 F.3d 1347.

**No. 10-28. Anne Chae, et al., Petitioners v. SLM Corporation, et al.**

562 U.S. 961, 131 S. Ct. 458, 178 L. Ed. 2d 287, 2010 U.S. LEXIS 8125.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 593 F.3d 936.

**No. 09-11218. David N. Pressley, Petitioner v. Kansas.**

562 U.S. 961, 131 S. Ct. 457, 178 L. Ed. 2d 287, 2010 U.S. LEXIS 8118.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Kansas denied.

Same case below, 290 Kan. 24, 223 P.3d 299.

**No. 10-47. Lorraine A. Wells, Petitioner v. Franklin Apartments, et al.**

562 U.S. 961, 131 S. Ct. 459, 178 L. Ed. 2d 287, 2010 U.S. LEXIS 8114.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 370 Fed. Appx. 794.

**No. 09-11285. Rafael Cristobal Castillo-Estevez, Petitioner v. United States.**

562 U.S. 961, 131 S. Ct. 457, 178 L. Ed. 2d 287, 2010 U.S. LEXIS 7944.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 597 F.3d 238.

**No. 10-152. Cathy D. Brooks-McCollum, Petitioner v. State Farm Insurance Company.**

562 U.S. 961, 131 S. Ct. 459, 178 L. Ed. 2d 287, 2010 U.S. LEXIS 7983.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 376 Fed. Appx. 217.

**No. 09-11538. Robert W. Jackson, III, Petitioner v. Carl C. Danberg, Commissioner, Delaware Department of Correction, et al.**

562 U.S. 961, 131 S. Ct. 458, 178 L. Ed. 2d 287, 2010 U.S. LEXIS 8089.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-154. Gregory Kereakoglow, Petitioner v. Massachusetts.**

562 U.S. 961, 131 S. Ct. 460, 178 L. Ed. 2d 287, 2010 U.S. LEXIS 8046.

October 12, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.